**Roman HEMPHILL, Appellant**

**v.**

**Fred JOHNSON, etc., et al., Appellees.**

**Robert DRISCOLL, Appellant,**

**v.**

**Paul K. DELO, et al., Appellees.**

**Nos. 95–3357, 95–4037.**

United States Court of Appeals,
Eighth Circuit

April 17, 1997.

On further consideration, the petitions for rehearing by the panel filed by the appellees are granted. The panel's opinions are vacated and new opinions will be issued at a future date. The grant of rehearing by the panel moots the appellees' suggestions for rehearing en banc and no action will be taken on the suggestions.